# In the United States Court of Federal Claims

No. 09-103L

(Filed:  September 9, 2020)

|  |  |
|---|---|
| **DANIEL and KATHY HAGGART for themselves and as representatives of a class of similarly situated individuals,** | ) ) ) ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **UNITED STATES,** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

ORDER

On August 31, 2020, the court requested that defendant respond to Denise Lynn Woodley's motion for reconsideration.  *See* ECF No. 393.  Since that date, three additional motions for reconsideration have been filed.  *See* ECF Nos. 394-96.  In the response due September 18, 2020 regarding reconsideration, defendant is requested to respond to and address each of the four pending motions for reconsideration.

It is so **ORDERED**.


s/ Charles F. Lettow
Charles F. Lettow
Senior Judge